MONTICELLO AMUSEMENT CORPORATION, Appellant, v. THE RUDOLPH WURLITZER COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

CLELIA MOSCA, Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Judgment and order of the County Court of Kings county reversed and new trial ordered, costs to abide the event, upon the ground that plaintiff's testimony that, while the car was running off the track, she received a sudden shock, was sufficient to warrant the jury in finding that she did receive some physical injury, and that the evidence offered in behalf of plaintiff to show that such injury resulted in her having a miscarriage, was competent and should have been received. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

QUIRINO MOSCA, Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Judgment and order of the County Court of Kings county reversed and new trial ordered, costs to abide the event, upon the ground that plaintiff's testimony that, while the car was running off the track, plaintiff's wife received a sudden shock, was sufficient to warrant the jury in finding that she did receive some physical injury, and that the evidence offered in behalf of the plaintiff to show that such injury resulted in her having a miscarriage was competent and should have been received. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

FRANKLIN D. PAGAN, Respondent, v. LLOYD C. HARRIOTT, JR., Individually, etc., and Others, Appellants.— Order of the County Court of Westchester county affirmed, by default, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

HENRY UIHLEIN, Respondent, v. ALEXANDER J. LACKNER, etc., Appellant. — Judgment and order of the County Court of Queens county affirmed, by default, with costs. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

*Decisions by the Presiding Justice on application to appeal from the Appellate Term.*

JAMES H. BEALS, Respondent, v. J. L. E. SCHUELER, Appellant.— Application denied, without costs.

IMBESI BUILDING Co., INC., Respondent, v. HOME CREST BUILDING Co., INC., Appellant.— Application denied, with ten dollars costs.

EDITH J. OXLEY, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Application denied, with ten dollars costs.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. CHARLES T. RUDERSHAUSEN, Appellant.— Application denied, with ten dollars costs.